IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BRYAN WAYNE JACKSON,**<br><br>Plaintiff,<br><br>v.<br><br>**KILOLO KIJAKAZI,** Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-01890-IM<br><br>**ORDER GRANTING AMENDED STIPULATED MOTION FOR ATTORNEY'S FEES UNDER 28 U.S.C. § 2412** |

Kevin Kerr, Kerr Robichaux & Carroll, P.O. Box 14490, Portland, Oregon 97293. Attorney for Plaintiff.

Natalie K. Wight, United States Attorney, Renata Gowie, Assistant United States Attorney, and Kevin C. Danielson, Assistant United States Attorney, United States Attorney's Office, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204; Erin F. Highland, Office of the General Counsel, SSA, 6401 Security Boulevard, Baltimore, MD 21235. Attorneys for Defendant.

      The parties, through their respective counsel, have hereby stipulated and agreed to Plaintiff's Amended Application for Attorney's Fees. ECF 13. Accordingly, Plaintiff's Amended Application for Attorney's Fees is GRANTED, and it is hereby ORDERED that attorney's fees in the amount of $572.48 shall be awarded to Plaintiff pursuant to the Equal Access to Justice

PAGE 1 – ORDER

Act, 28 U.S.C. § 2412. Attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees and costs, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney, Kevin Kerr, and mailed to Plaintiff's attorney's office as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made available to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 17th day of July, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER